**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

I.B.E.W. LOCAL 139 ANNUITY, PENSION, WELFARE, AND EDUCATION FUNDS, by Robert Holden and Meredith Kumpon as Trustees; LOCAL UNION NO. 139 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS AND EMPLOYERS LABOR MANAGERMENT COOPERATIVE TRUST, by Robert Holden and Meredith Kumpon as Trustees; and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 139, by Robert Holden as Business Manager,

Plaintiffs,

- against –

LINKIN SYSTEMS, LLC. and JEREMY BUTLER, INDIVIDUALLY

Defendants.

Civil Action No. 3:19-cv-1341 (GTS/ML)

**SATISFACTION OF STIPULATED JUDGMENT**

**WHEREAS,** on February 20, 2020, I.B.E.W. Local 139 Pension Fund, I.B.E.W. Local 139 Annuity Fund, I.B.E.W. Local 139 Welfare Fund, and I.B.E.W. Local 139 Education Fund ["Funds"] together with the International Brotherhood of Electrical Workers, Local Unions No. 139 ["Union"] recovered a stipulated order and judgment against Defendants Linkin Systems, LLC, together with Jeremy Butler, individually, in the amount of $14,764.26 [Docket No. 11]; and

**WHEREAS,** on November 17, 2020, the Fund received the final payment from the Defendants / Judgment Debtors in full satisfaction of this Judgment; and

**WHEREAS**, said stipulated judgment has been fully satisfied.

**THEREFORE**, satisfaction of said stipulated judgment is hereby acknowledged and the

Clerk of the Court is hereby authorized and directed to note the same pursuant to Rule 69(a) of the Federal Rules of Civil Procedure as well as Section 5020 of New York State's Civil Practice Law and Rules.

DATED: November 24, 2020

**BLITMAN & KING, LLP**

By: ______________________

Daniel Kornfeld, of Counsel
Bar Roll No.: 512729
Attorneys for the Plaintiffs / Judgment Creditors
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13214
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: dekornfeld@bklawyers.com

STATE OF NEW YORK )
COUNTY OF ONONDAGA ) ss.

On the 24th day of November, 2020, Daniel Kornfeld personally appeared before me; fully known to me as a partner with the law firm of Blitman & King LLP, and to me known to be the person described in and who executed the foregoing instrument in the firm name of Blitman & King LLP, and he acknowledged that he executed the same as the act and deed of said firm, Blitman & King LLP, for the uses and purposes therein mentioned.

______________________
Notary Public

RACHEL STOLAR
Notary Public, State of New York
Registration No. 01ST6140025
Qualified in Oswego County
Commission Expires January 17, 2022

IT IS SO ORDERED:

______________________
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 11/24/2020
Syracuse, NY

{B0175281.1}